IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANDIE GONSALVES,<br><br>        Plaintiff,<br><br>  v.<br><br>ALLSTATE INDEMNITY COMPANY,<br><br>        Defendant.<br>                                            / | No. C 09-01672 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 25, 2011 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is July 18, 2011.

DESIGNATION OF EXPERTS: 8/1/11; REBUTTAL: 8/29/11.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is 10/14/11.

DISPOSITIVE MOTIONS **SHALL** be filed by November 4, 3011;

    Opp. Due November 18, 2011; Reply Due November 25, 2011;

    and set for hearing no later than December 9, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 24, 2012 at 3:30 PM.

COURT TRIAL DATE: February 6, 2012 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The ENE session shall occur by March 11, 2011.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                                        SUSAN ILLSTON
                                                                        United States District Judge