1  RICHARD J. SIMONS (State Bar. No. 072676)
   FURTADO, JASPOVICE & SIMONS
2  22274 Main Street
   Hayward, CA  94541
3  Telephone: (510) 582-1080
   Facsimile:  (510) 582-8254
4  Email:        rick@fjslaw.com

5  Attorney for Plaintiff
   KANDIE GONSALVES
6

7  CYNTHIA L. MELLEMA (State Bar No. 122798)
   JEFFRY BUTLER (State Bar No. 180936)
8  MEGAN BARKER (State Bar No. 245991)
   SNR DENTON US LLP
9  2121 N. California Boulevard, Suite 800
   Walnut Creek, California 94596
10 Telephone: (925) 949-2600
   Facsimile:  (925) 949-2610
11 Email:        cynthia.mellema@snrdenton.com
                 jeffry.butler@snrdenton.com
12               megan.barker@snrdenton.com

13 Attorneys for Defendant
   ALLSTATE INDEMNITY COMPANY
14

15                          UNITED STATES DISTRICT COURT

16                        NORTHERN DISTRICT OF CALIFORNIA

17                              SAN FRANCISCO DIVISION

18 KANDIE GONSALVES,                      | No. C 09-01672 SI
              Plaintiffs,                 |
19                                        | **JOINT STIPULATION AND [PROPOSED]**
        vs.                               | **ORDER TO CONTINUE CASE**
20                                        | **MANAGEMENT CONFERENCE**
   ALLSTATE INDEMNITY COMPANY,            |
21            Defendants.                 |

1  A further case management conference is set for March 25, 2011;

2  The parties currently have an ENE session scheduled for April 12, 2011;

3  The parties STIPULATE and RESPECTFULLY REQUEST that the Court continue the

4  currently scheduled case management conference until after the April 12, 2011 ENE session.

5  FILER'S ATTESTATION:

6  Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty

7  of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: March 2, 2011         BY: _____/s/ Megan Barker_____
                                    Megan Barker

                             Respectfully Submitted,

Dated: March 2, 2011         FURTADO, JASPOVICE & SIMONS


                             By_____/s/ Richard J. Simons_____
                                    RICHARD J. SIMONS

                             Attorneys for Plaintiff Kandie Gonsalves

Dated: March 2, 2011         SNR DENTON US LLP


                             By_____/s/ Megan Barker_____
                                    MEGAN BARKER

                             Attorneys for Defendant
                             ALLSTATE INDEMNITY COMPANY

### [PROPOSED] ORDER

It is hereby ordered that:

The currently scheduled case management conference continued until __4/15/11__.

Dated: __3/3/11__            _____
                                    Hon. Susan Illston

Case No. C 09-01672 SI       -2-        STIPULATION AND [PROPOSED] ORDER
                                        TO CONTINUE CMC