| | |
|---|---|
| 1 | RICHARD J. SIMONS (State Bar. No. 072676) |
|   | FURTADO, JASPOVICE & SIMONS |
| 2 | 22274 Main Street |
|   | Hayward, CA  94541 |
| 3 | Telephone: (510) 582-1080 |
|   | Facsimile:  (510) 582-8254 |
| 4 | Email:          rick@fjslaw.com |
| 5 | Attorney for Plaintiff |
|   | KANDIE GONSALVES |
| 7 | CYNTHIA L. MELLEMA (State Bar No. 122798) |
|   | JEFFRY BUTLER (State Bar No. 180936) |
| 8 | MEGAN BARKER (State Bar No. 245991) |
|   | SNR DENTON US LLP |
| 9 | 2121 N. California Boulevard, Suite 800 |
|   | Walnut Creek, California 94596 |
| 10 | Telephone: (925) 949-2600 |
|    | Facsimile:  (925) 949-2610 |
| 11 | Email:          cynthia.mellema@snrdenton.com |
|    |                    jeffry.butler@snrdenton.com |
| 12 |                    megan.barker@snrdenton.com |
| 13 | Attorneys for Defendant |
|    | ALLSTATE INDEMNITY COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KANDIE GONSALVES, | No. C 09-01672 SI |
| Plaintiffs, | |
| vs. | **NOTICE OF SETTLEMENT AND** ~~[PROPOSED]~~ **ORDER** |
| ALLSTATE INDEMNITY COMPANY, | |
| Defendants. | |

PLEASE TAKE NOTICE that this action has settled.  The parties are presently preparing settlement documentation and, upon execution of such documentation, shall file a request for dismissal with prejudice of the action in its entirety.  The parties expect that such a request for dismissal shall be filed within 30 days.

In view of the settlement of this matter, the parties respectfully propose that the Court vacate all pending court dates, including the continued case management conference set for April 15, 2011.

FILER'S ATTESTATION:

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: April 13, 2011            By   /s/Megan Barker
                                      Megan Barker

Respectfully Submitted,

Dated: April 13, 2011            FURTADO, JASPOVICE & SIMONS


                                 By   /s/Richard J.Simons
                                      RICHARD J. SIMONS
                                 Attorneys for Plaintiff Kandie Gonsalves

Dated: April 13, 2011            SNR DENTON US LLP


                                 By   /s/Megan Barker
                                      MEGAN BARKER
                                 Attorneys for Defendant
                                 ALLSTATE INDEMNITY COMPANY


**[PROPOSED] ORDER**

It is hereby ordered that:

All pending court dates are vacated, including the continued case management conference set for April 15, 2011.

Dated:  4/14/11                  _____
                                      Hon. Susan Illston

Case No. C 09-01672 SI           -2-           NOTICE OF SETTLEMENT AND
                                                    [PROPOSED] ORDER