```
 1  RICHARD J. SIMONS (State Bar. No. 072676)
    FURTADO, JASPOVICE & SIMONS
 2  22274 Main Street
    Hayward, CA  94541
 3  Telephone: (510) 582-1080
    Facsimile:  (510) 582-8254
 4  Email:       rick@fjslaw.com

 5  Attorney for Plaintiff
    KANDIE GONSALVES
 6

 7  CYNTHIA L. MELLEMA (State Bar No. 122798)
    JEFFRY BUTLER (State Bar No. 180936)
 8  MEGAN BARKER (State Bar No. 245991)
    SNR DENTON US LLP
 9  2121 N. California Boulevard, Suite 800
    Walnut Creek, California 94596
10  Telephone: (925) 949-2600
    Facsimile:  (925) 949-2610
11  Email:       cynthia.mellema@snrdenton.com
                 jeffry.butler@snrdenton.com
12               megan.barker@snrdenton.com

13  Attorneys for Defendant
    ALLSTATE INDEMNITY COMPANY
14
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| KANDIE GONSALVES,   Plaintiffs,   vs.   ALLSTATE INDEMNITY COMPANY,   Defendants. | No. C 09-01672 SI   **NOTICE OF SETTLEMENT AND [PROPOSED] ORDER** |
|---|---|

PLEASE TAKE NOTICE that this action has settled.  The parties are presently preparing settlement documentation and, upon execution of such documentation, shall file a request for dismissal with prejudice of the action in its entirety.  The parties expect that such a request for dismissal shall be filed within 30 days.

Case No. C 09-01672 SI                                  -1-                           NOTICE OF SETTLEMENT AND
                                                                                              [PROPOSED] ORDER

1  In view of the settlement of this matter, the parties respectfully propose that the Court vacate
2  all pending court dates, including the continued case management conference set for April 15, 2011.

4  FILER'S ATTESTATION:
5  Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of
6  perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated:  April 13, 2011        By _____/s/Megan Barker_____
                                      Megan Barker

                              Respectfully Submitted,

Dated: April 13, 2011         FURTADO, JASPOVICE & SIMONS


                              By _____/s/Richard J.Simons_____
                                      RICHARD J. SIMONS
                              Attorneys for Plaintiff Kandie Gonsalves

Dated: April 13, 2011         SNR DENTON US LLP


                              By _____/s/Megan Barker_____
                                      MEGAN BARKER
                              Attorneys for Defendant
                              ALLSTATE INDEMNITY COMPANY


**[PROPOSED] ORDER**

It is hereby ordered that:

All pending court dates are vacated, including the continued case management conference set for April 15, 2011.

Dated:  ___4/14/11_____        _____
                                      Hon. Susan Illston